W. Gregory Lockwood, OSB No. 114415
Email: wglockwood@grsm.com
Direct Dial: (503) 227-8269
Linda J. Blair, OSB No. 175724
Email: lblair@grsm.com
Direct Dial: (503) 382-2862
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600

*Attorneys for Defendant, Employer Solutions Staffing Group II, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| EFRAIN INOCENCIO VEGA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BFS ASSET HOLDINGS LLC doing business as BUILDERS FIRSTSOURCE and EMPLOYER SOLUTIONS STAFFING GROUP II, LLC, <br><br> Defendants. | Case No. 3:23-cv-01036-JR <br><br> **STIPULATED LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EMPLOYER SOLUTIONS STAFFING GROUP II, LLC (ONLY)** |

Plaintiff, Efrain Inocencio Vega, and Defendant Employer Solutions Staffing Group II, LLC ("ESSG") hereby stipulate and move this Court to dismiss with prejudice and without costs or fees to any Party all of Plaintiff's claims against ESSG and to dismiss ESSG as a party to this action.

/ / /

---

**STIPULATED DISMISSAL WITH PREJUDICE** – 1
Case No. 3:23-cv-01036-JR

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 31, 2024.       GORDON REES SCULLY MANSUKHANI

                                By:  *s/ W. Gregory Lockwood*
                                   W Greg Lockwood, OSB No. 114415
                                   wglockwood@grsm.com
                                   Linda J. Blair, OSB No. 175724
                                   lblair@grsm.com

                                   Attorneys for Defendant Employer Solutions Staffing Group II, LLC

Dated: October 31, 2024.       OREGON LAW CENTER

                                By:  *s/ Cassandra Blake*
                                   Cassandra Blake, OSB No. 193336
                                   Email: cblake@oregonlawcenter.org
                                   David Henretty, OSB No. 031870
                                   Email: dhenretty@oregonlawcenter.org
                                   Jamie L. Trinkle, OSB No. 192463
                                   Email: jtrinkle@oregonlawcenter.org

                                   Attorneys for Plaintiff Efrain Inocencio Vega

IT IS SO ORDERED AND ADJUDGED.

Dated: 10/31/2024       /s/ Jolie A. Russo
                                  Jolie A. Russo
                                  U.S. Magistrate Judge

**STIPULATED DISMISSAL WITH PREJUDICE** – 2
Case No. 3:23-cv-01036-JR

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600