IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**EFRAIN INOCENCIO VEGA,**

    Plaintiff,

v.

**BFS ASSET HOLDINGS LLC,** *doing business as* **BUILDERS FIRSTSOURCE**

    Defendant.

No. 3:23-cv-01036-JR

OPINION AND ORDER

**BAGGIO, District Judge:**

On May 5, 2025, Magistrate Judge Jolie A. Russo issued her Findings and Recommendation ("F&R") (ECF 58), recommending that this Court deny Defendant's Motion for Summary Judgment (ECF 48). Defendant filed timely objections on May 19, 2025 (ECF 60). Plaintiff responded on June 2, 2025 (ECF 61). This Court ADOPTS Judge Russo's F&R (ECF 58) in full.

**DISCUSSION**

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. § 636(b)(1)(C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). Even if no

objections are filed, the Court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

The Court has carefully considered Defendant's objections and concludes that there is no basis to modify the F&R. The Court has also reviewed the pertinent portions of the record de novo and finds no error in Judge Russo's F&R.

## CONCLUSION

The Court ADOPTS Judge Russo's Findings and Recommendation (ECF 58). Therefore, Defendant's Motion for Summary Judgment (ECF 48) is DENIED.

IT IS SO ORDERED.

DATED this 4th day of August, 2025.

_____
AMY M. BAGGIO
United States District Judge